Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW PACIFIC COAST PENSION PLAN,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>KAREN A. KAMERER AND "JOHN DOE" KAMERER, wife and husband and the marital community comprised thereof, d/b/a HEYZ ELECTRIC,<br><br>　　　　　　　Defendant,<br><br>and<br><br>SOUND CREDIT UNION,<br><br>　　　　　　　Garnishee. | **CAUSE NO. MS05-5027**<br><br>JUDGMENT ON ANSWER AND ORDER TO PAY |

## I.   JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor | IBEW PACIFIC COAST PENSION PLAN, |
| Garnishee | Sound Credit Union |
| Garnishment Judgment Amount | $7,215.72 |
| Prior Garnishment Costs | 0.00 |
| Costs Judgment Amount (Costs and Attorneys Fees) | $358.25 |
| Judgments to Bear Interest at | 12 % |
| Attorney for Judgment Creditor | Ekman, Bohrer & Thulin, P.S. |

/ / /

JUDGMENT ON ANSWER & ORDER TO PAY
CASE NO. MS05-5027 - PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

## II. BASIS

IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $7,215.72; that at the time the Writ of Garnishment was issued defendant was employed by or maintained a financial institution account with garnishee, or garnishee had in its possession or control funds, personal property, or effects of defendant; and that plaintiff has incurred recoverable costs and attorney fees of $358.25; now, therefore, it is hereby

## III. ORDER

ORDERED that plaintiff is awarded judgment against garnishee in the amount of $7,215.72; that plaintiff is awarded judgment against defendant in the amount of $358.25 for recoverable costs; that, if this is a superior court order, garnishee shall pay its judgment amount to plaintiff through the registry of the court, and the clerk of the court shall note receipt thereof and forthwith disburse such payment to plaintiff; that, if this is a district court order, garnishee shall pay its judgment amount to plaintiff directly or through plaintiff's attorney, and if any payment is received by the clerk of the court, the clerk shall forthwith disburse such payment to plaintiff. Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated: December 9, 2005

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiff

JUDGMENT ON ANSWER & ORDER TO PAY
CASE NO. MS05-5027 - PAGE 2 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

S:\Collections\IBEW PCP-3370\Pleadings\2005\Heyz Elec 3370 GARN JOA.doc

JUDGMENT ON ANSWER & ORDER TO PAY
CASE NO. MS05-5027 - PAGE 3 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587