UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW PACIFIC COAST PENSION PLAN,<br><br>  Plaintiff,<br><br>vs.<br><br>KAREN A. KAMERER and "JOHN DOE" KAMERER, wife and husband and the marital community comprised thereof, D/B/A HEYZ ELECTRIC,<br><br>  Defendant,<br><br>and<br><br>SOUND CREDIT UNION,<br><br>  Garnishee. | **CAUSE NO.**: MS05-5027<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF GARNISHMENT PROCEEDINGS |

TO:   CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiff IBEW Pacific Coast Pension Plan voluntarily dismisses the above-entitled garnishment action against Defendant Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a Heyz Electric and Garnishee Sound Credit Union.

//

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS05-139 PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

## ORDER

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a Heyz Electric and Garnishee Sound Credit Union shall be and hereby is dismissed.

DATED this 5th day of January, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiff

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT PROCEEDINGS - CASE NO. MS05-139 PAGE 2 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

S:\Collections\IBEW PCP-3370\Pleadings\2006\Heyz Electric 3370 GARN Voluntary Dismissal.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS05-139 PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587